
AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CALVIN B. JAMES,

Petitioner,

v.

U.S. MARSHALS,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:19-cv-115

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated July 2, 2019, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Accordingly, the Court denies Petitioner's reconstrued motion filed pursuant to 28 U.S.C. § 2255. Further, the Court denies a certificate of appealability in this case and finds Petitioner is not entitled to in forma pauperis status on appeal. This case stands closed.

Approved by: _____

July 19, 2019
*Date*

Scott L. Poff
*Clerk*

_____
(By) Deputy Clerk

GAS Rev 10/1/03